# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

Bridget M. McCormack,
Chief Justice

161946

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

TRENNIS MOORE and HOWARD MOORE, SR.,
Co-Guardians of HOWARD MOORE, JR.,
a Legally Incapacitated Person, and TRENNIS
MOORE, Next Friend of JERRELL K. MOORE,
Minor, HOWARD S. MOORE, Personal
Representative of the ESTATE OF JENNIFER
MOORE, and HOWARD MOORE, SR., Personal
Representative of the ESTATE OF JAIDYN
MOORE,
            Plaintiffs-Appellants,

v

SC:  161946
COA:  353619
Washtenaw CC:  20-000197-NI

DARREN FINDLING, Personal Representative
of the ESTATE OF SAMANTHA WINCHESTER,
and BARTON HILLS COUNTRY CLUB OF
ANN ARBOR,
            Defendants-Appellees.

_____/

        On order of the Court, the application for leave to appeal the July 23, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021

Clerk

a0120